UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHARLENE JOHNSON,                          )
                                           )
                   Plaintiff,              )
                                           )      **JUDGMENT IN A CIVIL CASE**
        v.                                 )
                                           )      **CASE NO. 5:20-CV-143-BO**
KILOLO KIJAKAZI, Acting Commissioner of    )
Social Security,                           )
                   Defendant.              )


**Decision by Court.**
This action came before this Court for ruling as follows.


**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgement on the
pleadings [DE 17] is GRANTED and defendant's motion for judgement on the pleadings [DE 20]
is DENIED. The Commissioner's decision is REMANDED for further proceedings consistent
with the foregoing .


**This Judgment Filed and Entered on September 21, 2021, and Copies To:**
George C. Piemonte                    (via CM/ECF electronic notification)
Amanda B. Gilman                     (via CM/ECF electronic notification)
Jamie D.C. Dixon                     (via CM/ECF electronic notification)




DATE:                            PETER A. MOORE, JR., CLERK
September 21, 2021                (By) /s/ Nicole Sellers_____
                                  Deputy Clerk